UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COREY EVANS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:15-cv-00519-DML-SEB |
| | ) |
| DISTANCE LEARNING SYSTEMS | ) |
| INDIANA, INC., | ) |
| | ) |
| Defendant. | ) |

**UNOPPOSED MOTION FOR CONTINUANCE OF**
**FINAL PRETRIAL CONFERENCE**

Pursuant to S.D. Ind. L.R. 16-3, Defendant, Distance Learning Systems Indiana, Inc. ("Defendant"), by counsel, respectfully moves this Court for an order continuing the March 4, 2019 final pretrial conference. In support of this unopposed motion, Defendant states as follows:

1. Pursuant to this Court's Entry dated November 8, 2018 (ECF No. 162), the final pretrial conference in this matter was reset for March 4, 2019 at 10:00 a.m.

2. Andrew McNeil, who will serve a lead counsel at the jury trial for Defendant, will be unavailable for the March 4, 2019 final pretrial conference. Mr. McNeil has a jury trial scheduled for February 25, 2019 in *Specialty Trucks, Inc. d/b/a Refuse Trucks, Inc. v. Able Manufacturing and Assembly, LLC*, Case No. BC542536, pending in the Superior Court of the State of California, County of Los Angeles, Central District, which is scheduled for seven days. The trial in the California matter was originally set for November 13, 2018 but was rescheduled on the first day of trial due to the Woolsey fire in Southern California. This new trial setting occurred after the Court in this matter had rescheduled the final pretrial conference for March 4, 2019.

3. Defendant therefore respectfully requests that the Court vacate the March 4, 2019 final pretrial conference. The parties are available either March 7, March 8, or any time thereafter that is convenient to the Court.

4. Defendant is not seeking an extension of any pretrial filings deadlines or the jury trial setting of March 19, 2019, which will remain the same.

5. Counsel has conferred with counsel for Plaintiff, Robert Hunt, regarding the continuance of the final pretrial conference and Plaintiff's counsel does not have an objection to this motion.

6. This motion is offered by way of necessity and not for purposes of delay.

WHEREFORE, Defendant, Distance Learning Systems Indiana, Inc., by counsel, respectfully requests that the Court vacate and reschedule the March 4, 2019 final pretrial conference and for all other appropriate relief.

Respectfully submitted,

s/*Andrew M. McNeil*
David L. Swider (#519-49)
Andrew M. McNeil (#19140-49)
Tyler J. Moorhead (#34705-73)

BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
(317) 684-5000; (317) 684-5173 Fax
DSwider@boselaw.com
AMcNeil@boselaw.com
TMoorhead@boselaw.com

*Attorneys for Defendant, Distance Learning Systems Indiana, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2019, a copy of the foregoing "Unopposed Motion for Continuance of Final Pretrial Conference" was filed electronically. Notice of this filing will be sent to the following counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Robert P. Kondras, Jr., Esq.<br>Robert F. Hunt, Esq.<br>Hunt, Hassler, Kondras & Miller LLP<br>100 Cherry Street<br>Terre Haute, IN 47807<br>Kondras@huntlawfirm.net<br>hunt@huntlawfirm.net | Patrick M. O'Brien, Esq.<br>107 North State Road 135, Suite 301<br>Greenwood, IN 46142<br>obobrien@aol.com |

                                              s/*Andrew M. McNeil*
                                              Andrew M. McNeil

3567690